USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victor A. Worms,

          Appellant,

–v–

State Corporation "Deposit Insurance Agency",

          Appellee.

20-CV-3505 (AJN)

ORDER

Victor A. Worms,

          Appellant,

–v–

Yuri Vladimirovich Rozhkov,

          Appellee.

20-CV-3510 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The above case has been assigned to me for all purposes. It is hereby

    ORDERED that the appellant file his brief by June 2, 2020. The appellees shall file their opposition briefs, if any, by June 16, 2020. The appellant's reply brief, if any, must be filed by June 30, 2020.

    SO ORDERED.

Dated: May 18, 2020
       New York, New York

                              ALISON J. NATHAN
                              United States District Judge